## United States Court of Appeals
### FOR THE EIGHTH CIRCUIT

————————

No. 96-3606

————————

Jeffrey White; Imogene White; Ray White,

        Plaintiffs -
Appellants,

    v.

Lyle Minnick, individually and in his capacity as the Sheriff of Ringgold County, Iowa; Arlen Hughes, individually and in his capacity as the County Attorney of Ringgold County, Iowa; Highway Patrol, State of Missouri; Ringgold County, Iowa; Unknown/Unnamed Defendants, sued as "John Doe", an unknown Missouri Highway Patrol Officer; Lawrence Waldauer, individually and in his capacity as Worth County, Missouri Sheriff; Worth County Missouri Sheriff's Department; Lorace Waldeier,

        Defendants -
Appellees.

\* Appeal from the United States
\* District Court for the
\* Southern District of Iowa.

\* [UNPUBLISHED]

————————

Submitted: September 11, 1997
Filed:      December 12, 1997

————————

Before HANSEN, ROSS, and MURPHY, Circuit Judges.
_____

PER CURIAM.

Jeffrey, Imogene, and Ray White brought a 42 U.S.C. § 1983 action against the above-named defendants. In addition to federal civil rights violations, the Whites alleged various violations of state law. The district court[1] dismissed the action against the Missouri defendants and later granted summary judgment for the remaining defendants. The Whites contest both the dismissal and the grant of summary judgment.
Having carefully reviewed the record, we conclude that the trial court committed no error, and we affirm. See 8th Cir. R. 47(B).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Harold D. Vietor, United States District Judge for the Southern District of Iowa.